PAE AO 241
(Rev. 07/10)

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Pennsylvania |
|---|---|
| Name (under which you were convicted): Bernard Ford | Docket or Case No.: |
| Place of Confinement: Mahanoy | Prisoner No.: MT-1275 |
| Petitioner (Include the name under which you you were convicted): Bernard Ford | Respondent (Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner): Bernadette Mason |
| | and |
| | V. |
| | The District Attorney of the County of: Philadelphia |
| | and |
| | The Attorney General of the State of: Pennsylvania |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

Common Pleas of Philadelphia County Pennsylvania

(b) Criminal docket or case number (if you know): CP-51-CR-0002505-2014

2. (a) Date of judgment of conviction (if you know): November 3, 2015

(b) Date of sentencing: November 14, 2016

3. Length of sentence: 20 to 40 years, 5 to 10 years

4. In this case, were you convicted on more than one count or of more than one crime?    ☑ Yes    ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Third Degree Murder and Criminal Conspiracy

PAE AO 241
(Rev. 07/10)

_____
_____
_____
_____

6.    (a).    What was your plea? (Check one)

☐ (1)    Not Guilty                    ☐ (3)    Nolo contendere (no contest)

☑ (2)    Guilty                         ☐ (4)    Insanity plea

(b)    If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____
_____
_____
_____

(c)    If you went to trial, what kind of trial did you have? (Check one)

☐    Jury                         ☑    Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑    Yes                         ☐    No

8.    Did you appeal from the judgment of conviction?

☑    Yes                         ☐    No

9.    If you did appeal, answer the following:

(a)    Name of court: _Superior Court of Pennsylvania_

(b)    Docket or case number (if you know): _3693 EDA 2016_

(c)    Result: _Judgement of Sentence Affirmed_

(d)    Date of result (if you know): _January 19, 2018_

(e)    Citation to the case (if you know): _____

(f)    Grounds raised: _Abuse of Discretion in refusing to permit withdrawal of plea where plea was involuntary due to ineffectiveness of counsel and mental illness without necessary medications_

PAE AO 241
(Rev. 07/10)

Page 6

(g)  Did you seek further review by a higher state court?          ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

_____

(h)  Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: Common Pleas of Philadelphia County

(2) Docket or case number (if you know): CP-51-CR-0002505-2014

(3) Date of filing (if you know): April 13, 2018

(4) Nature of the proceeding: Post conviction Relef Act

(5) Grounds raised: Guilty plea was not Knowing, voluntary and intelligent therefore, conviction and sentence violate the 5th 6th 8th and 14th Amendment to the U.S. Constitution and Article I section 9 and 14 of the Pennsylvania Constitution

_____

_____

_____

Page 7

PAE AO 241
(Rev. 07/10)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes          ☑ No

(7) Result: *Dismissal of PCRA petition affirmed*

(8) Date of result (if you know): *March 25, 2021*

(b)    If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes          ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c)    If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

PAE AO 241
(Rev. 07/10)

Page 8

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes          ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(d)    Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion:

(1)    First petition:     ☑ Yes          ☐ No
(2)    Second petition:   ☐ Yes          ☐ No
(3)    Third petition:    ☐ Yes          ☐ No

(e)    If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: _Petitioner's conviction was based on a guilty plea that was not intelligent_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_On 11-3-15 Petitioner entered a plea of guilty to third degree murder and conspiracy after explaining diagnosis ADHD, schizophrenia, depression, and bi-polar disorder, for which he was being treated with the medications, ritalin, zyprexa and benadryl which were not provided the day of his plea_

PAE AO 241
(Rev. 07/10)

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

☑ Yes          ☐ No

(2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes          ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Post Conviction Relief Act_

Name and location of the court where the motion or petition was filed: _Common Pleas of Philadelphia County Pennsylvania_

Docket or case number (if you know): _CP-51-CL-0002505-2014_

Date of the court's decision: _January 15, 2020_

Result (attach a copy of the court's opinion or order, if available): _Petition Denied_

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?     ☑ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☑ Yes          ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Superior Court of Pennsylvania_

Docket or case number (if you know): _549 EDA 2020_

Date of the court's decision: _March 25, 2021_

PAE AO 241
(Rev. 07/10)

Page 10

Result (attach a copy of the court's opinion or order, if available): _Dismissal of_
_PCRA petition affirmed_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise
this issue: _____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies,
etc.) that you have used to exhaust your state remedies on Ground One: _____

GROUND TWO: _Petitioner was convicted on the basis of a_
_guilty plea that was the product of ineffective counsel_
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_Trial counsel allowed petitioner to enter a plea of_
_guilty when he knew petitioner had not been_
_provided his prescribed medications, ritalin,_
_zyprexa and benadryl, for his ADHD,_
_schizophrenia, depression, and bi-polar_
_disorder_

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

☐   Yes                    ☐   No

PAE AO 241
(Rev. 07/10)

(2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes          ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Post Conviction Relief Act*

Name and location of the court where the motion or petition was filed: *Common Pleas of Philadelphia County Pennsylvania*

Docket or case number (if you know): *CP-51-CR-0002505-2014*

Date of the court's decision: *January 15, 2020*

Result (attach a copy of the court's opinion or order, if available): *Petition Dismissed*

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?     ☑ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☑ Yes          ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Superior Court of Pennsylvania*

Docket or case number (if you know): *549 EDA 2020*

Date of the court's decision: *March 25, 2021*

Result (attach a copy of the court's opinion or order, if available): *Dismissal of PCRA petition Affirmed*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

Page 12

PAE AO 241
(Rev. 07/10)

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

GROUND THREE: _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

☐  Yes            ☐  No

(2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes            ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

PAE AO 241
(Rev. 07/10)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes          ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise

this issue: _____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies,

etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

PAE AO 241
(Rev. 07/10)

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        ☐   Yes          ☐   No

    (2) If you did not raise this issue in your direct appeal, explain why? _____

    _____

    _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

    state trial court?

        ☐   Yes          ☐   No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

PAE AO 241
(Rev. 07/10)

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes          ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise

this issue: _____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies,

etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state

court having jurisdiction?          ☑ Yes          ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for

not presenting them: _____

_____

_____

PAE AO 241
(Rev. 07/10)

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?        ☐  Yes        ☑  No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?        ☐  Yes        ☑  No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

_____

_____

_____

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)    At preliminary hearing: _David Desiderio, Esquire_

(b)    At arraignment and plea: _David Desiderio, Esquire_

PAE AO 241
(Rev. 07/10)

(c)     At trial: David Desiderio, Esquire

(d)     At sentencing: Jason Kadish, Esquire

(e)     On appeal: John Belli, Esquire

(f)     In any post-conviction proceeding: James Lammendola, Esquire

(g)     On appeal from any ruling against you in a post-conviction proceeding: Pro se

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     ☐ Yes     ☑ No

(a)     If so, give the name and location of the court that imposed the other sentence you will serve in the future: _____

(b)     Give the date the other sentence was imposed: _____

(c)     Give the length of the other sentence: _____

(d)     Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?     ☐ Yes     ☐ No

18.     **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition*

Petitioner's direct appeal was complete on 2-18-18, 30 days after the Superior Court ruled on 1-19-18. A PCRA petition was filed on 4-13-18. Relief was denied on 1-15-20 and Appellate proceedings were complete on 4-24-21, 30 days after the Superior Court ruled on 3-25-21. This

Page 18

PAE AO 241
(Rev. 07/10)

*Left Petitioner Approximately 10 months to file a timely Habeas petition until 2-24-22.*

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State Court. The limitation period shall run from the latest of -

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Issue a writ of Habeas Corpus to have Petitioner brought before it to the end that he may be discharged from his unconstitutional confinement and restraint*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

PAE AO 241
(Rev. 07/10)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ___3-12-21___ .
(month, date, year)

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not the petitioner, state the relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____
_____
_____
_____

Smart Communications/PADOC
Bernhard Ford/MT-1275
SCI Mahanoy
P.O. Box 33028
St. Petersburg FL
            33733

INMATE MAIL
PA DEPT OF CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES

ZIP 17932 $003.40°
02 4W
0000364159 AUG. 17 2021

U.S. District Court - Eastern
Office of the Clerk
2609 U.S. Courthouse
601 Market Street
Philadelphia PA
            19106