**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BERNARD FORD,** | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 21-3741 (NIQA)** |
| | : | |
| **BERNADETTE MASON, et al.,** | : | |
| **Respondents.** | : | |

**MOTION FOR APPOINTMENT OF COUNSEL AND TO STAY
BRIEFING SCHEDULE**

After reviewing *pro se* petitioner Bernard Ford's pending petition for a writ of habeas corpus, ECF No. 1, as well as the record, Respondents respectfully request the appointment of federal habeas corpus counsel for Ford pursuant to 18 U.S.C. § 3006A(a)(2)(B). In order to conserve resources, Respondents also move to stay the current briefing schedule. In support, Respondents state:

1.      Ford is an indigent Pennsylvania state prisoner currently serving a sentence of 25 to 50 years which he received after pleading guilty to third-degree murder and criminal conspiracy.

2.      In August 2021, Ford filed a *pro se* petition for a writ of habeas corpus alleging that his plea counsel was ineffective and that his plea was involuntary due to mental illness.

3.      Ford disclosed at his plea colloquy that he has suffered from serious mental illness, including schizophrenia, since he was 11 years old. N.T. 11/3/2015 at 6–7. He told the court that he had not taken his prescribed

1

medication because he was "in homicide." *Id.* at 7–8. The court nonetheless accepted his guilty plea. Ford's two co-defendants elected to go to trial and were ultimately acquitted of all charges. *See* CP-51-CR-0002506-2014; CP-51-CR-0003086-2014.

4. Respondents' response to Ford's habeas petition is due on February 1, 2022.

5. After careful review of the record and the unique circumstances of this case, Respondents believe that Ford has raised a substantial claim that may warrant an evidentiary hearing regarding the voluntariness of his guilty plea. In addition, due to Ford's documented mental illnesses, Respondents believe that Ford's ability to "investigate facts" and "present forcefully and coherently his contentions" without counsel may be compromised. *Reeves v. Fulcomer*, 946 A.2d 247, 267 (3d Cir. 1991) (citations omitted).

6. In light of these complexities, Respondents believe that the interests of justice warrant the appointment of federal habeas counsel under 18 U.S.C. § 3006A(a)(2)(B). *See id.* (permitting the appointment of counsel for an indigent petitioner seeking relief under 28 U.S.C. § 2254 when "the interests of justice so require"). Counsel would be able to properly plead and develop Ford's claims regarding his guilty plea and would also be able to engage in open file discovery with the District Attorney's Office as well as conduct an evidentiary hearing, if required.

7. To conserve party resources and ensure judicial efficiency, Respondents also request that this Court stay their current obligation to file a response to Ford's petition until at least counsel is appointed and has had an opportunity to engage in discovery.

For these reasons, Respondents request that Ford be appointed counsel in this matter pursuant to 18 U.S.C. § 3006A(a)(2)(B) and request that Respondents' current obligation to file a response to Ford's petition be stayed.

Respectfully submitted,

*/s/ David Napiorski*_____
DAVID J. NAPIORSKI
Assistant District Attorney
Federal Litigation Unit

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BERNARD FORD,** | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 21-3741 (NIQA)** |
| | : | |
| **BERNADETTE MASON, et al.,** | : | |
| **Respondents.** | : | |

**ORDER**

AND NOW, on this _____ day of _____, 2022, after consideration of Respondents' Motion for the Appointment of Counsel, and any Response thereto, as well as Respondents' Motion to Stay the Briefing Schedule, it is hereby ORDERED and DECREED that

1. Petitioner Bernard Ford is appointed federal habeas counsel; and

2. Respondents' briefing obligation is stayed for 90 days.

BY THE COURT:

_____

The Hon. Elizabeth T. Hey
United States Magistrate Judge

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2022, a copy of the

foregoing motion was placed in the United States Mail for service upon

Petitioner at the following address:

**SMART COMMUNICATIONS/PA DOC**
**BERNARD FORD/MT-1275**
**SCI – MAHAONY**
**PO BOX 33028**
**ST PETERSBURG, FL  33733**

*/s/ David Napiorski*_____
David J. Napiorski, Esquire
Assistant District Attorney
Federal Litigation Unit

5