### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERNARD FORD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BERNADETTE MASON, et al.** | : | **NO. 21-3741** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
### A MEMORANDUM IN SUPPORT OF HABEAS PETITION

Petitioner, Bernard Ford, through counsel hereby requests a 60-day extension to file a memorandum of law in accordance with the Court's order of February 3, 2022.  In support, Petitioner relies on the following grounds.

1.       Petitioner is a Pennsylvania state prisoner serving a sentence of 25 to 50 years' incarceration after having pled guilty to third-degree murder and conspiracy in the Philadelphia Court of Common Pleas in 2015.

2.       In August 2021, Petitioner filed a pro se petition for a writ of habeas corpus.  On February 1, 2022, Respondents moved for the appointment of counsel for Petitioner and for the briefing schedule to be stayed.

3.       On February 3, 2022, this Court appointed the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO) to represent Petitioner and ordered the FCDO to submit a memorandum of law in support of Petitioner's habeas petition by April 4, 2022.

4.       Counsel for Petitioner respectfully requests an extension of time of 60 days to file the memorandum of law.  Counsel needs more time to obtain records in this case, review those records, and discuss the case with Petitioner.

5.       Counsel for Respondents, Assistant District Attorney David J. Napiorski, has informed undersigned counsel that Respondents do not object to the requested extension of time.

WHEREFORE, Petitioner respectfully requests an extension of 60 days, or until June 3, 2022, to file a memorandum of law in accordance with the Court's order of February 3, 2022.  A proposed order is attached.

Respectfully submitted,

/s/ *Joel Mandelman*
JOEL MANDELMAN
Assistant Federal Defender
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106
(215) 928-1100

**CERTIFICATE OF SERVICE**

I, Joel Mandelman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that on this date this document has been filed electronically and is available for viewing and downloading from the Court's ECF system. I have served this document by this Court's ECF system upon David Napiorski, Esq., Assistant District Attorney, Federal Litigation Unit, Philadelphia District Attorney's Office.

/s/ *Joel Mandelman*
JOEL MANDELMAN
Assistant Federal Defender

Date: March 31, 2022

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BERNARD FORD,** | : CIVIL ACTION |
| | : |
| **v.** | : |
| | : |
| **BERNADETTE MASON, et al.** | : NO. 21-3741 |

**O R D E R**

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED

that Petitioner's *Unopposed Motion for Extension of Time to File a Memorandum in Support of*

*Habeas Petition* is GRANTED.  Petitioner shall file a memorandum in accordance with the

Court's February 3, 2022 order on or before June 3, 2022.

BY THE COURT:

_____
ELIZABETH T. HEY
United States Magistrate Judge