IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD FORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BERNADETTE MASON, et al. | : | NO.  21-3741 |

## **O R D E R**

AND NOW, this 22nd day of June, 2022, upon consideration of Petitioner's Ex

Parte Motion for Order Compelling the Philadelphia Department of Prisons to Produce

Records (Doc. 18), IT IS HEREBY ORDERED that within fourteen (14) days of the

entry of this order, Petitioner's counsel and the District Attorney shall file memoranda

addressing the applicability and effect of two recent Supreme Court decisions on the

request:  Shinn v. Ramirez, 142 S. Ct. 1718 (May 23, 2022), and Shoop v. Twyford,

__ S. Ct. __, No. 21-511, 2022 WL 2203347 (June 21, 2022).   Counsel shall also advise

whether and to what extent the information presently sought in the motion was sought

and/or obtained during the state court proceedings.

BY THE COURT:

/s/ Elizabeth T. Hey

_____

ELIZABETH T. HEY, U.S.M.J.