IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD FORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BERNADETTE MASON, et al. | : | NO.  21-3741 |

## **O R D E R**

AND NOW, this 3rd day of October, 2022, upon consideration of Petitioner's fourth unopposed Motion for Extension of Time to file a Memorandum in Support of the Habeas Petition (Doc. 30), IT IS HEREBY ORDERED that the Motion is GRANTED.  Petitioner's counsel shall file a memorandum in support of the petition on or before December 2, 2022.

BY THE COURT:

/s/ Elizabeth T. Hey

_____

ELIZABETH T. HEY, U.S.M.J.