IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNARD FORD                          :        CIVIL ACTION
                                      :
            v.                        :
                                      :
BERNADETTE MASON, et al.              :        NO.  21-3741

## **O R D E R**

AND NOW, this 2nd day of December, 2022, upon consideration of Petitioner's Motion

for an Order Compelling Production of Records from the Philadelphia Department of Prisons

(Doc. 18),[1] and the memoranda provided by Petitioner's counsel and Respondents regarding the

applicability of Shinn v. Ramirez, 142 S. Ct. 1718 (2022), and Shoop v. Twyford, 142 S. Ct.

2037 (2022), (Docs. 22 & 29), IT IS HEREBY ORDERED that the motion Compelling

Production of Records is GRANTED.  By separate Order, I will direct the Department's

compliance.


                        BY THE COURT:


                        /s/ Elizabeth T. Hey
                        _____
                        ELIZABETH T. HEY, U.S.M.J.

---

[1]Petitioner's counsel seeks records from Petitioner's pretrial detention at the
Philadelphia Department of Corrections relevant to Petitioner's claim that his guilty plea
was not intelligently entered due to his failure to take prescribed medications on the day
of the plea.  See Doc. 1 ¶ 12, GROUND ONE; Doc. 22 at 3.