**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BERNARD FORD,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.    21-cv-3741** |
| | : | |
| **BERNADETTE MASON, et al.,** | : | |
| **Respondents.** | : | |

**O R D E R**

**AND NOW**, this ___15TH___ day of July, 2026, upon consideration of Respondents'

Unopposed Motion for an Extension of Time to File Response to Petition for a Writ of Habeas

Corpus (ECF No. 80), it is hereby **ORDERED** that the motion is **GRANTED**.  Respondents

shall file a Response no later than August 14, 2026.  Should Petitioner wish to file a Reply to the

Respondents' Response, his Reply **SHALL BE FILED** within thirty (30) days after service of

the Response.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge